| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andra Barmash Greene (123931) |
| 2 | agreene@irell.com |
|   | A. Matthew Ashley (198235) |
| 3 | mashley@irell.com |
|   | Justin N. Owens (254733) |
| 4 | jowens@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 5 | Newport Beach, California 92660-6324 |
|   | Telephone:   (949) 760-0991 |
| 6 | Facsimile:   (949) 760-5200 |
| 7 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>                        *Plaintiffs*,<br><br>         vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>                        *Defendants*. | Case No. 3:15-cv-00363-JD<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, RASIER-DC, LLC, AND RASIER-PA, LLC**<br><br>Action Filed: January 26, 2015 |

3254262                   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 **TO THE CLERK OF THE COURT:**

2 Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
3 named parties, there is no such interest to report.

4

5 Dated: February 13, 2015          IRELL & MANELLA LLP

6

7
                                    By: /s/ A. Matthew Ashley
8                                       A. Matthew Ashley
                                        Attorneys for Defendants
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3254262              CERTIFICATION OF INTERESTED ENTITIES OR PERSONS