United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SABATINO,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-00363-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 24 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for April 15, 2015 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due ten Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 20, 2015

> Richard W. Wieking
> Clerk, United States District Court
>
> By: _____
> William Noble, Deputy Clerk to the
> Honorable JON S. TIGAR
> 415-522-2036