UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER FOR ALL CIVIL CASES BEFORE
DISTRICT JUDGE JON S. TIGAR**

A. <u>**Court Schedule**</u>

Judge Tigar hears civil motions on Thursdays at 2:00 p.m., in Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. Motions must be noticed for a hearing in accordance with Civil Local Rule 7. Counsel need not reserve a hearing date in advance. Before selecting a hearing date, however, counsel must consult Judge Tigar's weekly calendar, which is available at http://www.cand.uscourts.gov/jst, to determine which dates are available. The Court may reset noticed hearing dates as its calendar requires.

Case management conferences are held on Wednesdays at 2:00 p.m. Pretrial conferences are held on Fridays at 2:00 p.m.

Scheduling questions may be addressed to Courtroom Deputy William Noble. He may be reached at (415) 522-2036.

B. <u>**Service of this Order Is Required**</u>

Within five days of the filing of the complaint or the addition of a new party, plaintiff is ordered to serve on all parties a copy of this Order and the Standing Order for All Judges of the Northern District Court Concerning Joint Case Management Statements.

C. <u>**Joint Case Management Statement and Initial Case Management Conference**</u>

Parties are required to file a joint case management statement not less than ten court days before a scheduled case management conference.

The Northern District Court requires civil litigants to meet and confer regarding specified topics, including alternative dispute resolution and the discovery of electronically stored information ("ESI"), prior to the filing of the initial joint case management statement.

Civil litigants before this Court must review and comply with the terms of the Northern District Standing Order For All Judges Concerning Joint Case Management Statements. In addition, the parties must review in detail the Northern District's ESI Guidelines and Checklist for Rule 26(f) conferences. The Court discourages deviation from the ESI Guidelines absent good cause. Failure to meet and confer regarding the required topics prior to the initial case management conference, including alternative dispute resolution

and ESI, may, in the reasonable exercise of the Court's discretion, result in sanctions or disciplinary action.

D. **Motions for Summary Judgment**

Absent good cause, the Court will consider only one motion for summary judgment per party. Any party wishing to exceed this limit must request leave of court and must show good cause. Motions for summary judgment shall comply with Civil Local Rule 7 in all respects.

E. **Courtesy Copies and Proposed Orders**

The Court requires courtesy copies only of publicly filed motions and related briefing, including attachments, exhibits, declarations, and other accompanying material. Courtesy copies shall be double-sided. The Court discourages the service of courtesy copies of any other documents, except when specifically requested by the Court.

The quality, condition, and labeling of binders, when used, should be such that the Court can easily transport and review the binders' contents. Whenever possible, the spine of a binder should not exceed three inches in width.

F. **Discovery Matters**

A party may not file a motion regarding a discovery dispute without leave of court. If a discovery dispute arises, the parties shall meet and confer in good faith to attempt to resolve the dispute. If the parties are unable to reach a resolution through this process, they shall file a joint letter brief of eight pages or less that describes each disputed issue. The joint letter brief must be filed electronically in the Civil Events category of Motions and Related Filings > Motions – General > Discovery Letter Brief. After the letter brief is submitted, the Court will advise the parties as to how it intends to proceed.

Discovery disputes may be referred to a Magistrate Judge. If a discovery dispute is referred to a Magistrate Judge, the Magistrate Judge to whom the dispute is referred will advise the parties as to how that Judge intends to proceed.

After a Magistrate Judge has been assigned to a case for discovery, the parties in that case must handle any discovery matters according to the procedures set by that Judge.

Dated: September 17, 2013

_____
JON S. TIGAR
United States District Judge