IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>*Defendants*. | Case No. 3:15-cv-00363-JST<br><br>**SECOND STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE [L.R. 6-1(a)]**<br><br>Action Filed: January 26, 2015 |

3295612   STIP. TO EXTEND TIME FOR RESPONSIVE PLEADING

Plaintiff Jacob Sabatino ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants"), by and through their undersigned counsel, and pursuant to L.R. 6-1(a), hereby stipulate and agree to continue Defendants' responsive pleading deadline through and including March 23, 2015.  In support of the instant stipulation, the Parties state as follows:

WHEREAS, on January 26, 2015, Plaintiff filed his putative class action complaint against Defendants;

WHEREAS, the Parties previously stipulated to extend Defendants' responsive pleading deadline through and including March 2, 2015;

WHEREAS, on February 18, 2015, the Court ordered this case related to *Pappey v. Uber Technologies, Inc.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-00064-JST) and *Philliben, et. al v. Uber Technologies, Inc. et. al* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-00064-JST);

WHEREAS, counsel for Defendants has requested an additional extension of 21 days to facilitate ongoing research and analysis of the factual and legal issues raised in these three complaints;

WHEREAS, if Defendant's responsive pleading is a motion of any kind, Defendant will agree with Plaintiff on a mutually convenient briefing schedule and hearing date;

WHEREAS, Civil Local Rule 6-1(a) provides that parties may stipulate in writing, without a court order, to extend a defendant's time to answer or otherwise respond to a plaintiff's complaint, provided that the change will not alter the date of any event or deadline already fixed by court order;

WHEREAS, the Parties' proposed extension of Defendant's responsive pleading deadline will not change or alter the date of any event or any deadline already fixed by court order;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is extended through and including March 23, 2015.

1 | IT IS SO STIPULATED.

2 | Dated: February 26, 2015                    IRELL & MANELLA LLP

3

4
                                               By: /s/ A. Matthew Ashley
5                                                  Andra B. Greene
                                                   A. Matthew Ashley
6                                                  Justin N. Owens
                                                   Attorneys for Defendants
7

8 | Dated: February 26, 2015                    MLG AUTOMOTIVE GROUP, APLC

9

10
                                               By: /s/ Kathryn Harvey
11                                                 Kathryn Harvey
                                                   Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Justin N. Owens, am the ECF user whose ID and password are being used to file this SECOND STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this efiled document.

By: /s/ Justin N. Owens

Justin N. Owens