| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andra Barmash Greene (123931) |
| 2 | agreene@irell.com |
|   | A. Matthew Ashley (198235) |
| 3 | mashley@irell.com |
|   | Justin N. Owens (254733) |
| 4 | jowens@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 5 | Newport Beach, California 92660-6324 |
|   | Telephone: (949) 760-0991 |
| 6 | Facsimile: (949) 760-5200 |
| 7 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

JACOB SABATINO, individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

vs.

UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,

    *Defendants.*

Case No. 3:15-cv-00363-JST

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Date: May 21, 2015
Time: 2:00 p.m.
Judge: Hon. Jon S. Tigar
Place: San Francisco Courthouse
Courtroom 9, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

-2-

1     The motion of Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC and Rasier-PA, LLC for an order staying these proceedings pending arbitration came on for hearing before the above-entitled Court on May 21, 2015 at 2:00 pm, the Hon. Jon S. Tigar, United States District Judge, presiding. The evidence presented having been fully considered, the issues having been duly heard, and good cause appearing, the motion is GRANTED for the reasons set forth in the papers filed in connection with the motion.

    IT IS SO ORDERED.

Dated: _____

                                                The Honorable Jon S. Tigar
                                                United States District Judge