1 | IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>*Defendants.* | Case No. 3:15-cv-00363-JST<br><br>**DECLARATION OF R. MICHAEL CIANFRANI IN SUPPORT OF UBER'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Date:    May 21, 2015<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Place   San Francisco Courthouse<br>          Courtroom 9, 19th Floor<br>          450 Golden Gate Ave.<br>          San Francisco, CA 94102 |

I, R. Michael Cianfrani, hereby declare as follows:

1. I am over the age of 18 and I submit this declaration in support of Defendant's Motion to Stay Proceedings Pending Arbitration. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am a Senior Litigation Paralegal at Uber Technologies, Inc. ("Uber"). I am familiar with Uber's policies and procedures for maintaining in its business records the agreements between Uber and riders, including the Uber Terms and Conditions. It is the custom and practice of Uber to maintain in its business records copies of Uber's past and present Terms and Conditions.

3. I accessed from Uber's business records the Terms and Conditions that were in effect for U.S. riders on July 27, 2014. A true and correct copy of these Terms and Conditions is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 23, 2015          By: _____
                                    R. Michael Cianfrani