| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andra Barmash Greene (123931) |
| 2 | agreene@irell.com |
|   | A. Matthew Ashley (198235) |
| 3 | mashley@irell.com |
|   | Justin N. Owens (254733) |
| 4 | jowens@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 5 | Newport Beach, California 92660-6324 |
|   | Telephone: (949) 760-0991 |
| 6 | Facsimile: (949) 760-5200 |
| 7 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated, | Case No. 3:15-cv-00363-JST |
| Plaintiffs, | **DECLARATION OF ABHAY VARDHAN IN SUPPORT OF UBER'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |
| vs. | |
| UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive, | Date: May 21, 2015<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Place: San Francisco Courthouse<br>Courtroom 9, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| Defendants. | |

I, Abhay Vardhan, hereby declare as follows:

1. I am over the age of 18 and I submit this declaration in support of Defendant's Motion to Stay Proceedings Pending Arbitration. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am an Engineering Manager at Uber Technologies, Inc. My responsibilities include designing, developing and maintaining the rider website sign up procedure.

3. Uber was founded in 2009 in San Francisco, California. Uber develops and licenses the Uber App that members of the public can use to request transportation services from independent, third-party transportation providers in their local area. Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC and Rasier-PA, LLC are subsidiaries of Uber.

4. In order to request and pay for third-party transportation services via the Uber App, riders must first register with Uber by creating an account. An account can be created from the company's website: https://get.uber.com. Alternatively, an account can be created from within the Uber App itself.

5. In the normal course of its business, Uber maintains records regarding when and how its riders register. As an Engineering Manager I have access to these registration records, and I am familiar with these records and the manner in which they are updated and maintained. At the request of counsel, I reviewed the registration records and was able to identify the date and method by which Jacob Sabatino registered for Uber: Mr. Sabatino registered on July 27, 2014 via the Uber website (with either a computer, tablet or through the web browser on his smartphone).

6. To confirm the process by which a rider created an Uber account through the company's website on July 27, 2014, as Mr. Sabatino did, I accessed historical screenshots of Uber website's registration page, which I have access to in my role as Engineering Manager. Uber maintains these historical screenshots of its website registration page in the ordinary course of business. Attached hereto as **Exhibit A** is a true and correct screen shot of the Uber website's registration page as of July 27, 2014.

- 2 -

7. The process for creating an Uber account through the company's website on July 27, 2014 required riders to input the following data in fields contained on a single webpage: name, mobile phone number, email address, password, language, credit card information, postal code, and promotion code (if any). Upon completing these fields, riders would then create an account by clicking the blue sign-up button at the bottom of the webpage. A prospective rider cannot complete the registration process without clicking the blue button.

8. The following notice was visibly displayed on Uber website's registration page, directly above the blue sign-up button: "By clicking 'Submit' below, you are agreeing to the Uber Terms and Conditions and Privacy Policy." The phrases "Uber Terms and Conditions" and "Privacy Policy" in this notice were displayed in blue text, indicating that they are hyperlinks.

9. When the "Terms and Conditions" hyperlink was clicked, the relevant Terms and Conditions then in effect were displayed.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 20, 2015           By: _____
                                     Abhay Vardhan