# EXHIBIT A

0.0 01


