IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>*Defendants*. | Case No. 3:15-cv-00363-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR CASE MANAGEMENT CONFERENCE AND RULE 26 OBLIGATIONS PENDING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Action Filed: January 26, 2015 |

Plaintiff Jacob Sabatino ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants"), by and through their undersigned counsel, enter into the following stipulation pursuant to Local Rule 6-2 and subject to the Court's approval for an order postponing the case management conference (currently set for April 15, 2015) and extending the Parties' obligations under Rule 26 (including initial disclosures under Rule 26(a) and the conference of counsel pursuant to Rule 26(f)) pending resolution of Defendants' Motion to Stay Proceedings Pending Arbitration.  In support of the instant stipulation, the Parties state as follows:

WHEREAS, on January 26, 2015, Plaintiff filed his putative class action complaint against Defendants (Dkt. No. 1);

WHEREAS, on February 18, 2015, the Court ordered this case related to *Pappey v. Uber Technologies, Inc.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-00064-JST) and *Philliben, et. al v. Uber Technologies, Inc. et. al* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:14-cv-05615-JST) (Dkt. No. 23 in Case No. 14-cv-05615-JST);

WHEREAS, on March 23, 2015, Defendants filed their Motion to Stay Proceedings Pending Arbitration, with a hearing date of May 21, 2015 (Dkt. No. 27);

WHEREAS, the Court has set a date of April 15, 2015 for the initial case management conference in this matter, and the Parties' joint case management statement is currently due April 1, 2015 (Dkt. No. 25);

WHEREAS, the deadline for the conference of parties pursuant to Rule 26(f) is currently scheduled for March 25, 2015, which is 21 days prior to the case management conference;

WHEREAS, the Parties desire to conserve resources pending resolution of the Motion to Stay Proceedings Pending Arbitration, including by postponing the case management conference and associated deadlines, and by extending upcoming discovery deadlines and obligations under Rule 26;

WHEREAS, for the reasons set forth herein, good cause exists to extend the dates requested herein;

1  NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
2  STIPULATED by and between the Parties, that subject to Court approval the following deadlines
3  be adjusted as follows: (i) the case management conference currently scheduled for April 15,
4  2015, shall be rescheduled to 2:00 p.m. on the fifth Wednesday following the Court's ruling on
5  Defendants' Motion to Stay Proceedings Pending Arbitration (or as soon thereafter as the Court is
6  available), and all associated deadlines (including the joint case management statement deadline)
7  shall be rescheduled accordingly; (ii) the Parties' deadlines to act under Rule 26, including the
8  conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), shall be
9  extended and all discovery stayed, and the Parties shall conduct the Rule 26(f) conference at least
10  21 days before the rescheduled case management conference.

11  IN THE ALTERNATIVE, if the Court prefers that the case management conference
12  proceed as scheduled on April 15, 2015, the Parties request that the deadline for initial disclosures
13  under Rule 26(a), and all other discovery, be stayed until 28 days after the Court rules on the
14  Motion to Stay Proceedings Pending Arbitration.

15  **IT IS SO STIPULATED.**

16  Dated: March 24, 2015                    IRELL & MANELLA LLP

                                            By:  /s/ A. Matthew Ashley
                                               Andra B. Greene
                                               A. Matthew Ashley
                                               Justin N. Owens
                                               Attorneys for Defendants

22  Dated: March 24, 2015                    MLG AUTOMOTIVE GROUP, APLC

                                            By:  /s/ Kathryn Harvey
                                               Kathryn Harvey
                                               Attorneys for Plaintiff

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

[(i) The case management conference currently scheduled for April 15, 2015, is hereby rescheduled to 2:00 p.m. on the fifth Wednesday following the Court's ruling on Defendants' Motion to Stay Proceedings Pending Arbitration (or as soon thereafter as the Court is available), and all associated deadlines (including the joint case management statement deadline) shall be rescheduled accordingly; and (ii) the Parties' deadlines to act under Rule 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), shall be extended and all discovery stayed, and the Parties shall conduct the Rule 26(f) conference at least 21 days before the rescheduled case management conference.]

**OR,**

[The Parties' deadline for initial disclosures under Rule 26(a), and all other discovery, is stayed until 28 days after the Court rules on the Motion to Stay Proceedings Pending Arbitration.]

Dated: _____

                                                 Honorable Jon S. Tigar
United States District Judge

- 5 -

| | |
|---|---|
| 1 | |
| 2 | **ECF ATTESTATION** |
| 3 | I, Justin N. Owens, am the ECF user whose ID and password are being used to file this |
| 4 | STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR CASE |
| 5 | MANAGEMENT CONFERENCE AND RULE 26 OBLIGATIONS PENDING DEFENDANT'S |
| 6 | MOTION TO STAY PROCEEDINGS PENDING ARBITRATION.  I hereby attest that I |
| 7 | received authorization to insert the signatures indicated by a conformed signature (/s/) within this |
| 8 | e-filed document. |
| 9 | By:   /s/  Justin N. Owens |
| 10 | Justin N. Owens |