IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive, <br><br> *Defendants*. | Case No. 3:15-cv-00363-JST <br><br> **DECLARATION OF JUSTIN N. OWENS IN SUPPORT OF STIPULATION TO EXTEND DATES FOR CASE MANAGEMENT CONFERENCE AND RULE 26 OBLIGATIONS PENDING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** <br><br> Action Filed: January 26, 2015 |

I, Justin N. Owens, hereby declare as follows:

1. I am an attorney at law, admitted to practice in the United States District Court, Northern District of California, and I am an associate with the law firm of Irell & Manella LLP, counsel for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants").

2. I have personal knowledge of the facts set forth below, and if called upon to testify, could and would competently testify thereto.

3. I make this declaration in support of the Parties' stipulation to extend dates for the case management conference and Rule 26 obligations pending Defendants' Motion to Stay Proceeding Pending Arbitration.

4. On January 26, 2015, Plaintiff filed his putative class action complaint against Defendants. Dkt. No. 1.

5. On February 18, 2015, the Court ordered this case related to *Pappey v. Uber Technologies, Inc.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-00064-JST) and *Philliben, et. al v. Uber Technologies, Inc. et. al* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:14-cv-05615-JST). Dkt. No. 23 in Case No. 14-cv-05615-JST. This case was reassigned to this Court on February 19, 2015.

6. On March 23, 2015, Defendants filed their Motion to Stay Proceedings Pending Arbitration, with a hearing date of May 21, 2015. Dkt. No. 27.

7. The Court has set a date of April 15, 2015 for the initial case management conference in this matter, and the Parties' joint case management statement is currently due April 1, 2015. Dkt. No. 25. The deadline for the conference of parties pursuant to Rule 26(f) is currently March 25, 2015, which is 21 days prior to the case management conference.

8. In light of the foregoing, the Parties desire to conserve resources pending resolution of the Motion to Stay Proceedings Pending Arbitration, including by postponing the case management conference and associated deadlines, and by extending upcoming discovery deadlines and obligations under Rule 26.

9. Pursuant to Local Civil Rule 6-2(a)(2), requiring the disclosure of all previous time modifications in the case, whether by stipulation or by Court order, there have been two (2) previous time modifications in this case. Dkt. Nos. 19, 26.

10. Approval of the Parties' stipulation will change the deadlines in the action as follows:

    a. The case management conference currently set for April 15, 2015, will be rescheduled to 2:00 p.m. on the fifth Wednesday following the Court's ruling on Defendants' Motion to Stay Proceedings Pending Arbitration (or as soon thereafter as the Court is available); additionally, the Parties' deadlines under Rule 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), shall be extended and all discovery stayed, and the Parties shall conduct the Rule 26(f) conference at least 21 days before the rescheduled case management conference.

Or, in the alternative:

    b. The Parties' deadline for initial disclosures under Rule 26(a), and all other discovery, be stayed until 28 days after Court rules on the Motion to Stay Proceedings Pending Arbitration

Dated: March 24, 2015                  IRELL & MANELLA LLP

By: /s/ Justin N. Owens
    Andra B. Greene
    A. Matthew Ashley
    Justin N. Owens
    Attorneys for Defendants