UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SABATINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00363-JST<br><br>**ORDER**<br><br>Re: ECF No. 30 |

　　　　Pursuant to the parties' stipulation, the case management conference currently scheduled for April 15, 2015, is hereby rescheduled to June 24, 2015, at 2:00 p.m. A case management statement shall be due June 10, 2015. The parties' deadlines to act under Rule 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are hereby extended and discovery stayed. The parties shall conduct the Rule 26(f) conference at least 21 days before the rescheduled case management conference.

　　　　IT IS SO ORDERED.

Dated: March 25, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge