1 | IRELL & MANELLA LLP
Andra Barmash Greene (123931)
2 | agreene@irell.com
A. Matthew Ashley (198235)
3 | mashley@irell.com
Justin N. Owens (254733)
4 | jowens@irell.com
840 Newport Center Drive, Suite 400
5 | Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
6 | Facsimile:    (949) 760-5200

7 | Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated, | Case No. 3:15-cv-00363-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION (DKT. NO. 27)** |
| vs. | |
| UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive, | Action Filed: January 26, 2015 |
| Defendants. | |

1  Plaintiff Jacob Sabatino ("Plaintiff"), and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants"), by and through their undersigned counsel, enter into the following stipulation pursuant to Local Rule 6-2 and subject to the Court's approval for an order modifying the briefing schedule on Defendants' Motion to Stay Proceedings Pending Arbitration (Dkt. No. 27). The parties have stipulated to a modified briefing schedule permitting Plaintiff thirty (30) days to file his opposition papers, and permitting Defendants ten (10) days to file reply papers. Given the currently scheduled hearing date of May 21, 2015, these modifications will not require any change to the hearing date or to any other Court deadline. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on January 26, 2015, Plaintiff filed his putative class action complaint against Defendants (Dkt. No. 1);

WHEREAS, on February 18, 2015, the Court ordered this case related to *Philliben v. Uber Technologies, Inc., et al.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:14-cv-05615-JST) and *Pappey v. Uber Technologies, Inc.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-00064-JST) (Dkt. No. 23 in Case No. 3:14-cv-05615-JST);

WHEREAS, the Parties previously stipulated that if Defendants' responsive pleading was a motion of any kind, the Parties would agree to a mutually convenient briefing schedule (Dkt. No. 26);

WHEREAS, on March 23, 2015, Defendants filed their Motion to Stay Proceedings Pending Arbitration, with a hearing date of May 21, 2015 (Dkt. No. 27);

WHEREAS, for the reasons set forth herein, good cause exists to modify the briefing scheduled as requested herein;

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the Parties that, subject to Court approval, Plaintiff's opposition to Defendants' Motion to Stay Proceedings Pending Arbitration will be due on April 22, 2015, and Defendants' reply thereto will be due on May 4, 2015.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  March 31, 2015 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ A. Matthew Ashley |
| 5 | | Andra B. Greene<br>A. Matthew Ashley<br>Justin N. Owens<br>Attorneys for Defendant |
| 6 | | |
| 7 | Dated:  March 31, 2015 | MLG AUTOMOTIVE GROUP, APLC |
| 8 | | |
| 9 | | By:  /s/ Kathryn Harvey |
| 10 | | Kathryn Harvey<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The briefing schedule on Defendants' Motion to Stay Proceedings Pending Arbitration (Dkt. No. 27), for which a hearing is currently scheduled for May 21, 2015, is modified as follows: Plaintiff's opposition to Defendants' Motion to Stay Proceedings Pending Arbitration shall be due on April 22, 2015, and Defendants' reply brief shall be due on May 4, 2015.

Dated: _____

Honorable Jon S. Tigar
United States District Judge

**ECF ATTESTATION**

I, Justin N. Owens, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION (DKT. NO. 27). I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:     /s/ Justin N. Owens

Justin N. Owens