IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>                  *Plaintiff,*<br><br>   vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>                  *Defendants.* | Case No. 3:15-cv-00363-JST<br><br>**DECLARATION OF JUSTIN OWENS IN SUPPORT OF STIPULATION MODIFYING THE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Action Filed: January 26, 2015 |

---

OWENS DECLARATION ISO STIPULATION MODIFYING BRIEFING SCHEDULE
Case No. 3:15-cv-00363-JST

3335383

I, Justin N. Owens, hereby declare as follows:

1. I am an attorney at law, a member in good standing of the State Bar of California, admitted to practice in the United States District Court, Northern District of California, and I am an associate with the law firm of Irell & Manella LLP, counsel for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants").

2. I have personal knowledge of the facts set forth below, and if called upon to testify, could and would competently testify thereto.

3. I make this declaration in support of the Parties' stipulation to modify the briefing schedule for Defendants' Motion to Stay Proceeding Pending Arbitration (Dkt. No. 27).

4. On January 26, 2015, Plaintiff filed his putative class action complaint against Defendants. Dkt. No. 1.

5. On February 18, 2015, the Court ordered this case related to *Philliben v. Uber Technologies, Inc., et al.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:14-cv-05615-JST) and *Pappey v. Uber Technologies, Inc.* (United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-00064-JST). Dkt. No. 23 in Case No. 3:14-cv-05615-JST.

6. The Parties previously stipulated that if Defendants' responsive pleading was a motion of any kind, the Parties would agree to a mutually convenient briefing schedule. Dkt. No. 26.

7. On March 23, 2015, Defendants filed their Motion to Stay Proceedings Pending Arbitration, with a hearing date of May 21, 2015. Dkt. No. 27.

8. In light of the foregoing, the Parties desire to modify the briefing schedule on Defendants' Motion to Stay Proceedings Pending Arbitration as follows: Plaintiff's deadline to file his opposition brief is April 22, 2015, and Defendants' deadline to file a reply thereto is May 4, 2015.

9. Pursuant to Local Civil Rule 6-2(a)(2), requiring the disclosure of all previous time modifications in the case, there have been three (3) previous time modifications in this case. Dkt. Nos. 19, 26, 31.

10. Approval of the Parties' stipulation to modify the briefing schedule will not change any other deadlines in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2015, in Newport Beach, California.

By:   /s/ Justin N. Owens
Justin N. Owens