1  IRELL & MANELLA LLP
   Andra Barmash Greene (123931)
2  agreene@irell.com
   A. Matthew Ashley (198235)
3  mashley@irell.com
   Justin N. Owens (254733)
4  jowens@irell.com
   840 Newport Center Drive, Suite 400
5  Newport Beach, California 92660-6324
   Telephone:   (949) 760-0991
6  Facsimile:   (949) 760-5200

7  Attorneys for Defendants

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 | JACOB SABATINO, individually, and on behalf of all others similarly situated, | ) ) | Case No. 3:15-cv-00363-JST
12 | | ) | **STIPULATION AND [PROPOSED]**
   | *Plaintiff,* | ) | **ORDER MODIFYING THE BRIEFING**
13 | | ) | **SCHEDULE RE: DEFENDANTS'**
   | vs. | ) | **MOTION TO STAY PROCEEDINGS**
14 | | ) | **PENDING ARBITRATION (DKT. NO. 27)**
   | UBER TECHNOLOGIES, INC., a Delaware | )
15 | corporation; RASIER, LLC, a Delaware | )
   | limited liability company; RASIER-CA, LLC, | ) | Action Filed: January 26, 2015
16 | a Delaware limited liability company; | )
   | RASIER-DC, LLC, a Delaware limited | )
17 | liability company; RASIER-PA, LLC, a | )
   | Delaware limited liability company; and DOES | )
18 | 1 to 25, inclusive, | )
   | | )
19 | *Defendants.* | )
   | | )

1  Plaintiff Jacob Sabatino ("Plaintiff"), and Defendants Uber Technologies, Inc., Rasier,
2 LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants"), by and through
3 their undersigned counsel, enter into the following stipulation pursuant to Local Rule 6-2 and
4 subject to the Court's approval for an order modifying the briefing schedule on Defendants'
5 Motion to Stay Proceedings Pending Arbitration (Dkt. No. 27). The parties have stipulated to a
6 modified briefing schedule permitting Plaintiff thirty (30) days to file his opposition papers, and
7 permitting Defendants ten (10) days to file reply papers. Given the currently scheduled hearing
8 date of May 21, 2015, these modifications will not require any change to the hearing date or to any
9 other Court deadline. In support of the instant stipulation, the Parties state as follows:

10  WHEREAS, on January 26, 2015, Plaintiff filed his putative class action complaint against
11 Defendants (Dkt. No. 1);

12  WHEREAS, on February 18, 2015, the Court ordered this case related to *Philliben v. Uber*
13 *Technologies, Inc., et al.* (United States District Court, Northern District of California, San
14 Francisco Division, Case No. 3:14-cv-05615-JST) and *Pappey v. Uber Technologies, Inc.* (United
15 States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-
16 00064-JST) (Dkt. No. 23 in Case No. 3:14-cv-05615-JST);

17  WHEREAS, the Parties previously stipulated that if Defendants' responsive pleading was
18 a motion of any kind, the Parties would agree to a mutually convenient briefing schedule (Dkt. No.
19 26);

20  WHEREAS, on March 23, 2015, Defendants filed their Motion to Stay Proceedings
21 Pending Arbitration, with a hearing date of May 21, 2015 (Dkt. No. 27);

22  WHEREAS, for the reasons set forth herein, good cause exists to modify the briefing
23 scheduled as requested herein;

24  NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
25 STIPULATED by and between the Parties that, subject to Court approval, Plaintiff's opposition to
26 Defendants' Motion to Stay Proceedings Pending Arbitration will be due on April 22, 2015, and
27 Defendants' reply thereto will be due on May 4, 2015.

28  **IT IS SO STIPULATED.**

1  Dated: March 31, 2015                                  IRELL & MANELLA LLP

2

3
                                                          By:  /s/ A. Matthew Ashley
4                                                              Andra B. Greene
                                                               A. Matthew Ashley
5                                                              Justin N. Owens
                                                               Attorneys for Defendant
6

7  Dated: March 31, 2015                                  MLG AUTOMOTIVE GROUP, APLC

8

9
                                                          By:  /s/ Kathryn Harvey
10                                                             Kathryn Harvey
                                                               Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The briefing schedule on Defendants' Motion to Stay Proceedings Pending Arbitration (Dkt. No. 27), for which a hearing is currently scheduled for May 21, 2015, is modified as follows: Plaintiff's opposition to Defendants' Motion to Stay Proceedings Pending Arbitration shall be due on April 22, 2015, and Defendants' reply brief shall be due on May 4, 2015.

Dated: April 1, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

**ECF ATTESTATION**

I, Justin N. Owens, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION (DKT. NO. 27). I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: /s/ Justin N. Owens

Justin N. Owens