UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB SABATINO,

    Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 15-cv-00363-JST

**SCHEDULING ORDER**

On the Court's own motion, the hearing on Defendants' Motion to Stay Proceedings Pending Arbitration, ECF No. 27, currently scheduled for May 21, 2015, is continued to June 11, 2015, at 2:00 p.m. The initial case management conference, currently scheduled for June 24, 2015, is continued to July 22, 2015, at 2:00 p.m. The case management statement is due on July 8, 2015.

IT IS SO ORDERED.

Dated: April 21, 2015

_____
JON S. TIGAR
United States District Judge