**MLG AUTOMOTIVE LAW, APLC**
A Professional Law Corporation
Jonathan A. Michaels, Esq. – State Bar No. 180455
Kathryn J. Harvey, Esq. – State Bar No. 241029
Kianna C. Parviz, Esq. – State Bar No. 293568
2801 W. Coast Highway, Suite 370
Newport Beach, CA 92663
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
(jmichaels@mlgautomotivelaw.com)
(kharvey@mlgautomotivelaw.com)
(kparviz@mlgautomotivelaw.com)

Attorneys for Plaintiff,
Jacob Sabatino

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>    vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No.  3:15-cv-00363-JST<br><br>**PLAINTIFF JACOB SABATINO'S NOTICE OF NONOPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Date:   May 21, 2015<br>Time:  2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Place:  San Francisco Courthouse<br>            Courtroom 9, 19th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102 |

1

**NOTICE OF NONOPPOSITION TO MOTION TO STAY PENDING ARBITRATION**

Plaintiff Jacob Sabatino, by and through his counsel of record, hereby notifies the Court of his nonopposition to Defendants' Motion to Stay Proceedings Pending Arbitration and hereby consents to a Stay of these Proceedings pending arbitration.

**MLG AUTOMOTIVE LAW, APLC**

Dated:  April 22, 2015          By:          */s/ Kathryn J. Harvey*
                                             Jonathan A. Michaels, Esq.
                                             Kathryn J. Harvey, Esq.
                                             Kianna C. Parviz, Esq.
                                             Attorneys for Plaintiff,
                                             Jacob Sabatino

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of April, 2015, a copy of the foregoing:

**PLAINTIFF JACOB SABATINO'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

was filed electronically.

  ✓   This filing was served electronically to all parties by operation of the Court's electronic filing system.

                                    */s/ Kathryn J. Harvey, Esq.*