IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive,<br><br>*Defendants*. | Case No. 3:15-cv-00363-JST<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION AND VACATING HEARING AND CONFERENCE DATES**<br><br>Action Filed: January 26, 2015 |

1    Plaintiff Jacob Sabatino ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier,
2 LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants"), by and through
3 their undersigned counsel, enter into the following stipulation pursuant to Local Rule 7-12 and
4 subject to the Court's approval for an order granting Defendants' Motion to Stay Proceedings
5 Pending Arbitration and vacating the pending hearing date and case management conference
6 accordingly.  In support of this stipulation, the Parties state as follows:

7    WHEREAS, on January 26, 2015, Plaintiff filed his putative class action complaint against
8 Defendant (Dkt. No. 1);

9    WHEREAS, on March 23, 2015, Defendants filed their Motion to Stay Proceedings
10 Pending Arbitration (the "Motion") on the basis that Plaintiff agreed to arbitrate pursuant to the
11 Terms and Conditions that Plaintiff assented to as part of the Uber registration process (Dkt. No.
12 27);

13    WHEREAS, on April 22, 2015 Plaintiff filed a Notice of Non-opposition to the Motion
14 (Dkt. No. 35);

15    WHEREAS, Plaintiff does not dispute that this matter should be stayed pending
16 arbitration;

17    WHEREAS, a hearing on the Motion is scheduled for June 11, 2015 (Dkt. No. 34);

18    WHEREAS, a case management conference is scheduled for June 26, 2015 (Dkt. No. 31);

19    WHEREAS, in light of the foregoing, the Parties stipulate and agree that the Court should
20 grant Defendants' Motion;

21    NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
22 STIPULATED by and between the Parties that, subject to Court approval, Defendants' Motion to
23 Stay Proceedings in Favor of Arbitration be granted, and the pending hearing on the Motion and
24 case management conference be vacated.

25    **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: May 27, 2015 | | IRELL & MANELLA LLP |

By: /s/ A. Matthew Ashley
Andra B. Greene
A. Matthew Ashley
Attorneys for Defendants

Dated: May 27, 2015                    MLG AUTOMOTIVE GROUP, APLC

By: /s/ Kathryn Harvey
Kathryn Harvey
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

Defendants' Motion to Stay Proceedings Pending Arbitration is granted. The hearing on Defendants' motion and the case management conference are vacated.

Dated: _____

Honorable Jon S. Tigar
United States District Judge

- 2 -

3354178    STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
PROCEEDINGS IN FAVOR OF ARBITRATION (Case No. 3:15-cv-00363-JST)

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ARBITRATION AND VACATING HEARING AND CONFERENCE DATES.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:   /s/  Michael D. Harbour

Michael D. Harbour

- 3 -