1  IRELL & MANELLA LLP
   Andra Barmash Greene (123931)
2  agreene@irell.com
   A. Matthew Ashley (198235)
3  mashley@irell.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone:   (949) 760-0991
5  Facsimile:   (949) 760-5200

6  Attorneys for Defendants

7

8                 **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11  JACOB SABATINO, individually, and on        )   Case No. 3:15-cv-00363-JST
    behalf of all others similarly situated,    )
12                                              )   **STIPULATION AND ~~[PROPOSED]~~**
                        *Plaintiffs,*            )   **ORDER GRANTING DEFENDANTS'**
13                                              )   **MOTION TO STAY PROCEEDINGS**
              vs.                                )   **PENDING ARBITRATION AND**
14                                              )   **VACATING HEARING AND**
    UBER TECHNOLOGIES, INC., a Delaware         )   **CONFERENCE DATES**
15  corporation; RASIER, LLC, a Delaware        )
    limited liability company; RASIER-CA, LLC,  )   Action Filed: January 26, 2015
16  a Delaware limited liability company;       )
    RASIER-DC, LLC, a Delaware limited          )
17  liability company; RASIER-PA, LLC, a        )
    Delaware limited liability company; and DOES)
18  1 to 25, inclusive,                         )
                                                )
19                      *Defendants.*            )
    _____)

20

21

22

23

24

25

26

27

28

1       Plaintiff Jacob Sabatino ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier,

2 LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC ("Defendants"), by and through

3 their undersigned counsel, enter into the following stipulation pursuant to Local Rule 7-12 and

4 subject to the Court's approval for an order  granting Defendants' Motion to Stay Proceedings

5 Pending Arbitration and vacating the pending hearing date and case management conference

6 accordingly.  In support of this stipulation, the Parties state as follows:

7       WHEREAS, on January 26, 2015, Plaintiff filed his putative class action complaint against

8 Defendant (Dkt. No. 1);

9       WHEREAS, on March 23, 2015, Defendants filed their Motion to Stay Proceedings

10 Pending Arbitration (the "Motion") on the basis that Plaintiff agreed to arbitrate pursuant to the

11 Terms and Conditions that Plaintiff assented to as part of the Uber registration process (Dkt. No.

12 27);

13       WHEREAS, on April 22, 2015 Plaintiff filed a Notice of Non-opposition to the Motion

14 (Dkt. No. 35);

15       WHEREAS, Plaintiff does not dispute that this matter should be stayed pending

16 arbitration;

17       WHEREAS, a hearing on the Motion is scheduled for June 11, 2015 (Dkt. No. 34);

18       WHEREAS, a case management conference is scheduled for ~~June 26~~ July 22, 2015 (Dkt. No. ~~31~~ 34);

19       WHEREAS, in light of the foregoing, the Parties stipulate and agree that the Court should

20 grant Defendants' Motion;

21       NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY

22 STIPULATED by and between the Parties that, subject to Court approval, Defendants' Motion to

23 Stay Proceedings in Favor of Arbitration be granted, and the pending hearing on the Motion and

24 case management conference be vacated.

25       **IT IS SO STIPULATED.**

26

27

28

1  Dated:  May 27, 2015                    IRELL & MANELLA LLP

2

3                                          By:  /s/ A. Matthew Ashley

4                                              Andra B. Greene
                                               A. Matthew Ashley
5                                              Attorneys for Defendants

6  Dated:  May 27, 2015                    MLG AUTOMOTIVE GROUP, APLC

7

8                                          By:  /s/ Kathryn Harvey

9                                              Kathryn Harvey
                                               Attorneys for Plaintiff
10

11

12  **PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

13          Defendants' Motion to Stay Proceedings Pending Arbitration is granted.  The hearing on

14  Defendants' motion and the case management conference are vacated.

15

16  Dated:  _May 29, 2015_____

17                                          Hono[rab]
                                            United Sta[
18

19                                                  Judge Jon S. Tigar

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
PROCEEDINGS IN FAVOR OF ARBITRATION (Case No. 3:15-cv-00363-JST)

1

**ECF ATTESTATION**

2
     I, Michael D. Harbour, am the ECF user whose ID and password are being used to file this

3
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO

4
STAY PROCEEDINGS PENDING ARBITRATION AND VACATING HEARING AND

5
CONFERENCE DATES. I hereby attest that I received authorization to insert the signatures

6
indicated by a conformed signature (/s/) within this e-filed document.

7
               By:    /s/ Michael D. Harbour

8

9
                     Michael D. Harbour

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3354178