UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SABATINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00363-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 37 |

　　　　On May 29, 2015, the Court approved the parties' stipulation granting Defendants' motion to stay proceedings pending arbitration and vacating hearing and conference dates. ECF No. 37.

　　　　The Court hereby sets a case management conference on June 1, 2016, at 2:00 p.m. A case management statement is due on May 18, 2016. If the parties are awaiting the outcome of the arbitration proceedings at that time, they may request that the conference date be continued. The parties may also move that the conference date be advanced if appropriate.

　　　　IT IS SO ORDERED.

Dated: June 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge