IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Uber Technologies, Inc.; Rasier, LLC;
Rasier-CA, LLC; RASIER-DC, LLC
and RASIER-PA, LLC

MLG AUTOMOTIVE LAW, APLC
Jonathan A. Michaels, Esq. – State Bar No. 180455
Kathryn J. Harvey, Esq. – State Bar No. 241029
Kianna C. Parviz, Esq. – State Bar No. 293568
M. Todd Ratay, Esq. – State Bar No. 241299
2801 W. Coast Highway, Suite 370
Newport Beach, CA 92663
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
(jmichaels@mlgautomotivelaw.com)
(kharvey@mlgautomotivelaw.com)
(kparviz@mlgautomotivelaw.com)
(tratay@mlgautomotivelaw.com)

Attorneys for Plaintiff,
Jacob Sabatino

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB SABATINO, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware limited liability company; RASIER-DC, LLC, a Delaware limited liability company; RASIER-PA, LLC, a Delaware limited liability company; and DOES 1 to 25, inclusive, <br><br> Defendants. | Case No. 3:15-cv-00363-JST <br><br> NOTICE OF SETTLEMENT <br><br> Judge: Hon. Jon S. Tigar |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6323606

NOTICE OF SETTLEMENT (Case No. 3:15-cv-00363-JST)

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Rasier-DC, LLC, and Rasier-PA, LLC (collectively "Uber") respectfully submit this notice to advise the Court that Plaintiff Jacob Sabatino and Uber have signed a confidential settlement agreement that resolves Plaintiff's claims against Uber in their entirety. The case has been stayed in favor of arbitration pursuant to the Parties' stipulation, and no arbitration proceedings were initiated by either Party. *See* Dkt. No. 37. The Parties will separately file a stipulation dismissing the case with prejudice.

Dated: January 11, 2016

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ A. Matthew Ashley
A. Matthew Ashley
Attorneys for Defendants
Uber Technologies, Inc.; Rasier, LLC;
Rasier-CA, LLC; Rasier-DC, LLC
and RASIER-PA, LLC

Dated: January 11, 2016

MLG AUTOMOTIVE GROUP, APLC

By: /s/ Todd Ratay
Todd Ratay
Attorneys for Plaintiff Jacob Sabatino

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6323606

- 1 -

NOTICE OF SETTLEMENT (Case No. 3:15-cv-00363-JST)

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this NOTICE OF SETTLEMENT. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this efiled document.

By:  /s/ Nathaniel Lipanovich
Nathaniel Lipanovich

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6323606

NOTICE OF SETTLEMENT (Case No. 3:15-cv-00363-JST)

- 2 -